UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY ARDEN JULIAR, Individually and
On Behalf Of All Others Similarly Situated,

08 CV 00933

Plaintiff

Vs.

SUNOPTA INC., STEVEN BROMLEY,
JOHN H. DIETRICH and STEPHEN R.
BRONFMAN,

Defendants

### AFFIDAVIT OF SERVICE

I, **Stanley Jade**, Process server of the Town of Holland Landing, in the Regional Municipality of York;

MAKE OATH AND SAY:

1. On February 19, 2008 at 12:03 p.m., I served John H. Dietrich c/o Sunopta Inc., with the Summons and Jury Trial Demand by leaving a copy with Beth McGillivary, executive assistant, an adult female who appeared to be in control of John H. Dietrich c/o Sunopta Inc., at time of service at 2838 Bovaird Drive West, Brampton, Ontario.

2. I was able to identify the person by means of Verbal Admission.

Sworn before me at the city

of Toronto

in the Province of Ontario

on February 20, 2008

_____
Commissioner for Taking Affidavits

_____
STANLEY JADE