**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROY ARDEN JULIAR, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH  And STEPHEN R. BRONFMAN,<br><br>                Defendants. | Civil Action No. 08cv00933 (PAC)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for Defendants SunOpta Inc., Steven Bromley, John H. Dietrich and Stephen R. Bronfman, and further requests that copies of all papers in this action be served upon him at the office and address set forth below.

Dated:    New York, New York         JONES DAY
             March 7, 2008

                                         By:  /s/ Jayant W. Tambe

                                       Jayant W. Tambe (JT-0118)
                                       JONES DAY
                                       222 East 41st Street
                                       New York, NY  10017-6702
                                       Tel:  (212) 326-3939
                                     ***Attorney for Defendants SunOpta Inc., Steven Bromley, John H. Dietrich and Stephen R. Bronfman***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

**<u>Attorneys for Plaintiff</u>:**

Kim E. Miller                                      Lewis Kahn
KAHN GAUTHIER SWICK, LLC           KAHN GAUTHIER SWICK, LLC
12 E. 41st St.                                    650 Poydras St., Suite 2150
New York, NY 10017                          New Orleans, LA 70130
Tel: (212) 696-3730                          Tel: (504) 455-1400

Eric J. O'Bell
LAW OFFICES OF ERIC J. O'BELL, LLC
3500 North Hullen St.
Metairie, LA 70002
Tel: (504) 456-8677


                                                    */s/ Kristen Pollak*
                                                    Kristen Pollak