UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH And STEPHEN R. BRONFMAN,<br><br>      Defendants. | Civil Action No. 08cv00933 (PAC)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for Defendants SunOpta Inc., Steven Bromley, John H. Dietrich and Stephen R. Bronfman, and further requests that copies of all papers in this action be served upon him at the office and address set forth below.

| | | |
|---|---|---|
| Dated: | New York, New York<br>March 7, 2008 | JONES DAY<br><br>By: _/s/ William J. Hine_____<br><br>William J. Hine (WH-6766)<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017-6702<br>Tel:  (212) 326-3939<br>***Attorney for Defendants SunOpta***<br>***Inc., Steven Bromley, John H.***<br>***Dietrich and Stephen R. Bronfman*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

**Attorneys for Plaintiff:**

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 E. 41st St.
New York, NY 10017
Tel: (212) 696-3730

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras St., Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400

Eric J. O'Bell
LAW OFFICES OF ERIC J. O'BELL, LLC
3500 North Hullen St.
Metairie, LA 70002
Tel: (504) 456-8677

*/s/ Kristen Pollak*
Kristen Pollak