# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>Defendants. | **CASE NUMBER: 08-CV-00933**<br><br>**JUDGE PAUL A. CROTTY** |
| STEPHEN STRUGALA, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>Defendants. | **CASE NUMBER: 08-CV-01070**<br><br>**JUDGE PAUL A. CROTTY** |
| RAY FOSTER, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH,<br><br>Defendants. | **CASE NUMBER: 08-CV-01313**<br><br>**JUDGE PAUL A. CROTTY** |

ROGER DAVIDSON, Individually And
On Behalf of All Others Similarly Situated,

               Plaintiff,

        vs.

SUNOPTA, INC., STEVEN BROMLEY,
JOHN H. DIETRICH,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NUMBER: 08-CV-01496**

**JUDGE PAUL A. CROTTY**

---

MARIE LORENZATO, Individually And
On Behalf of All Others Similarly Situated,

               Plaintiff,

        vs.

SUNOPTA, INC., STEVEN BROMLEY,
JOHN H. DIETRICH,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NUMBER: 08-CV-01844**

**JUDGE PAUL A. CROTTY**

---

ROBERT KNOX, Individually And
On Behalf of All Others Similarly Situated,

               Plaintiff,

        vs.

SUNOPTA, INC., STEVEN BROMLEY,
JOHN H. DIETRICH, and STEPHEN R.
BRONFMAN,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NUMBER: 08-CV-02034**

**JUDGE PAUL A. CROTTY**

| | |
|---|---|
| ALBERT HALEGOUA, Individually And On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN, | ) ) ) ) |
| Defendants. | ) ) ) |

**CASE NUMBER: 08-CV-02910-UA**

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF THE SUNOPTA INVESTORS GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFFS; AND TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.      I am member of the law firm of Kahn Gauthier Swick, LLC.

2.      Movants seek appointment as Lead Plaintiffs pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned actions.

3.      I submit this Declaration, together with the attached exhibits, in support of the Motion of the SunOpta Investors Group, to appoint it to serve as Lead Plaintiff on behalf of the Class and to approve Movant's choice of Kahn Gauthier Swick, LLC, as Lead Counsel.  I am fully familiar with the facts set forth herein.

4.      Attached hereto as Exhibit A are true and correct copies of sworn shareholder certifications of Larry Mages, Troy Juliar and Warren Nesbitt, as well as a true and correct copy of a table reflecting the calculated losses incurred by the members of the SunOpta Investors Group as a result of their transactions in SunOpta, Inc. securities.

5.      Attached hereto as Exhibit B are true and correct copies of individually signed Declarations by each member of the SunOpta Investors Group.

5.      Attached hereto as Exhibit C is a true and correct copy of the press release published on January 28, 2008, on *Market Wire*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit commenced by Troy Juliar, against defendants herein.

6.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Kahn Gauthier Swick, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.  Executed this 28th day of March, 2008, at New York, New York.



                                Kim E. Miller

Jan 27 08 09:33a                                                                                    p.2

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

      <u>Troy Arden Juliar</u>_____(name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

      1.     Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

      2.     Plaintiff did not purchase securities of SunOpta, Inc., at the direction of counsel or in order to participate in a private action under the federal securities laws.

      3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

      4.     During the Class Period, plaintiff has executed transactions in the securities of SunOpta, Inc. as follows. See Attached Schedule.

      5.     In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

      6.     Plaintiff will not accept payment for serving as a lead plaintiff beyond its <u>pro rata</u> share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _<u>1/27</u>_____, 2008

                                    _____

                                        Plaintiff

Jan 27 08 09:33a                                                                        p.3

Name of plaintiff: *Troy Arden Julian*

Schedule of plaintiff's Transaction(s) in
SunOpta, Inc.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 1/18/2008 | 800 | $9.97 |
| 1/18/2008 | 5000 | $9.98 |
| 1/18/2008 | 14,200 | $10.00 |
| 1/22/2008 | 800 | $9.12 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, _LARRY MAGES_, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934.

1.    I seek to serve as plaintiff in the foregoing complaint (the "Complaint").

2.    I have reviewed the Complaint and authorize its filing.

3.    I did not purchase stock in SunOpta, Inc. ("STKL" or the "Company") at the direction of my counsel in order to participate in any private action arising under Title I of the Securities Exchange Act of 1934.

4.    I am willing to serve as a lead plaintiff either individually or as a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial, if necessary.

5.    During the three year period preceding the date of my signing this Certification, I have not served nor sought to serve as a representative party on behalf of a class, except (if any):


6.    My transactions in STKL stock are as follows:

| Trade Date | No. of Shares | Price Per Share | Buy or Sell |
|------------|---------------|-----------------|-------------|
| 9-11-07 | 1000 | 14.05 | Sell |
| 9-11-07 | 9690 | 14.04 | Sell |
| 9-13-07 | 11,000 | 13.64 | Buy |
| | | | |
| | | | |

Please attach additional pages if necessary.

7.    I will not accept any payment for serving as a representative party on behalf of the class beyond the pro rata share of any possible recovery, plus reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as approved by the Court.

I declare under penalty of perjury this _30_ day of _January_ 20_08_, that the foregoing is true and correct.

_Larry Mages_
Signature

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

*Warren F. Nesbitt* (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.     Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.     Plaintiff did not purchase securities of SunOpta, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     During the Class Period, plaintiff has executed transactions in the securities of SunOpta, Inc. as follows.  See Attached Schedule.

5.     In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.     Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: *February 8TH*, 2008


*Warren F. Nesbitt*
Plaintiff

Warren Nesbitt

| DATE | # SHARES BOUGHT | PRICE |
|---|---|---|
| 5/8/2007 | 2000 | $12.05 |
| 5/9/2007 | 1000 | $11.66 |
| 6/1/2007 | 600 | $11.83 |
| 6/6/2007 | 1500 | $10.98 |
| 6/15/2007 | 1000 | $10.99 |
| 6/25/2007 | 900 | $11.06 |
| 7/18/2007 | 1000 | $11.79 |
| 7/18/2007 | 500 | $11.56 |
| 7/26/2007 | 500 | $11.12 |
| 8/6/2007 | 500 | $11.10 |
| 8/30/2007 | 1000 | $12.80 |
| 11/23/2007 | 1000 | $13.19 |
| 12/17/2007 | 1000 | $12.07 |

| DATE | # SHARES SOLD | PRICE |
|---|---|---|
| 5/31/2007 | 1500 | $11.80 |

# SUNOPTA INVESTORS GROUP LOSS CHART
## SunOpta, Inc.

Troy Juliar

| DATE | # SHARES BOUGHT | PRICE | COST |
|------|------|------|------|
| 1/18/2008 | 800 | $9.97 | $7,976.00 |
| 1/18/2008 | 5000 | $9.98 | $49,900.00 |
| 1/18/2008 | 14,200 | $10.00 | $142,000.00 |
| 1/22/2008 | 800 | $9.12 | $7,296.00 |
| | | | |
| TOTAL BOUGHT: | 20,800 | | $207,172.00 |
| TOTAL HELD: | 20,800 | $5.72 | $118,976.00 |
| | | TOTAL LOSS: | **$88,196.00** |

Larry Mages

| DATE | # SHARES BOUGHT | PRICE | COST |
|------|------|------|------|
| 9/13/2007 | 11,000 | $13.64 | $150,040.00 |
| TOTAL BOUGHT: | 11,000 | | $150,040.00 |
| TOTAL HELD: | 11,000 | $5.72 | $62,920.00 |

| DATE | # SHARES SOLD | PRICE | COST |
|------|------|------|------|
| 9/11/07* | 1,000* | $14.05* | $14,050.00* |
| 9/11/07* | 9,690* | $14.04* | $136,047.60* |
| | | TOTAL LOSS: | **$87,120.00** |

Warren Nesbitt

| DATE | # SHARES BOUGHT | PRICE | COST |
|------|------|------|------|
| 5/8/2007 | 2000 | $12.05 | $24,100.00 |
| 5/9/2007 | 1000 | $11.66 | $11,660.00 |
| 6/1/2007 | 600 | $11.83 | $7,098.00 |
| 6/6/2007 | 1500 | $10.98 | $16,470.00 |
| 6/15/2007 | 1000 | $10.99 | $10,990.00 |
| 6/25/2007 | 900 | $11.06 | $9,954.00 |
| 7/18/2007 | 1000 | $11.79 | $11,790.00 |
| 7/18/2007 | 500 | $11.56 | $5,780.00 |
| 7/26/2007 | 500 | $11.12 | $5,560.00 |
| 8/6/2007 | 500 | $11.10 | $5,550.00 |

### SUNOPTA INVESTORS GROUP LOSS CHART
### SunOpta, Inc.

| | | | |
|---|---|---|---|
| 8/30/2007 | 1000 | $12.80 | $12,800.00 |
| 11/23/2007 | 1000 | $13.19 | $13,190.00 |
| 12/17/2007 | 1000 | $12.07 | $12,070.00 |
| | | | |
| TOTAL BOUGHT: | 12,500 | | $147,012.00 |

| DATE | # SHARES SOLD | PRICE | COST |
|---|---|---|---|
| 5/31/2007 | 1500 | $11.80 | $17,700.00 |
| TOTAL HELD: | 11,000 | $5.72 | $62,920.00 |
| | | **TOTAL LOSS:** | **$66,392.00** |

Avg. price applied
to shares held from
1/25/08 to 3/27/08:
$5.72

*The shares sold on 9/11/07 relate to
pre-class period purchases and have
not been included in the total loss.

## TOTAL GROUP LOSS:  $241,708.00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN, )<br><br>Defendants. ) | **CASE NUMBER: 08-CV-00933**<br><br>**JUDGE PAUL A. CROTTY** |
| STEPHEN STRUGALA, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN, )<br><br>Defendants. ) | **CASE NUMBER: 08-CV-01070**<br><br>**JUDGE PAUL A. CROTTY** |
| RAY FOSTER, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, )<br><br>Defendants. ) | **CASE NUMBER: 08-CV-01313**<br><br>**JUDGE PAUL A. CROTTY** |

|  |  |
|---|---|
| ROGER DAVIDSON, Individually And On Behalf of All Others Similarly Situated, ) ) ) | **CASE NUMBER: 08-CV-01496** |

ROGER DAVIDSON, Individually And
On Behalf of All Others Similarly Situated,   )
                                               )
                                               )     **CASE NUMBER: 08-CV-01496**
                Plaintiff,                     )
                                               )
                                               )     **JUDGE PAUL A. CROTTY**
        vs.                                    )
                                               )
                                               )
SUNOPTA, INC., STEVEN BROMLEY,                 )
JOHN H. DIETRICH,                              )
                                               )
                                               )
                Defendants.                    )

MARIE LORENZATO, Individually And
On Behalf of All Others Similarly Situated,    )
                                               )
                                               )     **CASE NUMBER: 08-CV-01844**
                Plaintiff,                     )
                                               )
                                               )     **JUDGE PAUL A. CROTTY**
        vs.                                    )
                                               )
                                               )
SUNOPTA, INC., STEVEN BROMLEY,                 )
JOHN H. DIETRICH,                              )
                                               )
                Defendants.                    )

ROBERT KNOX, Individually And
On Behalf of All Others Similarly Situated,    )
                                               )
                                               )     **CASE NUMBER: 08-CV-02034**
                Plaintiff,                     )
                                               )
                                               )     **JUDGE PAUL A. CROTTY**
        vs.                                    )
                                               )
                                               )
SUNOPTA, INC., STEVEN BROMLEY,                 )
JOHN H. DIETRICH, and STEPHEN R.               )
BRONFMAN,                                      )
                                               )
                Defendants.                    )

|                                                      |   |                                  |
|------------------------------------------------------|---|----------------------------------|
| ALBERT HALEGOUA, Individually And                    | ) |                                  |
| On Behalf of All Others Similarly Situated,          | ) |                                  |
|                                                      | ) | CASE NUMBER: 08-CV-02910-UA      |
| Plaintiff,                                           | ) |                                  |
|                                                      | ) |                                  |
| vs.                                                  | ) |                                  |
|                                                      | ) |                                  |
| SUNOPTA, INC., STEVEN BROMLEY,                       | ) |                                  |
| JOHN H. DIETRICH, and STEPHEN R.                     | ) |                                  |
| BRONFMAN,                                            | ) |                                  |
|                                                      | ) |                                  |
| Defendants.                                          | ) |                                  |

### DECLARATION OF TROY JULIAR IN SUPPORT OF THE MOTION OF THE SUNOPTA INVESTORS GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFFS; AND TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL

I, Troy Juliar, declare as follows:

1.      I submit this declaration in support of the Motion of the Sunopta Investors Group for Consolidation of Similar Cases; to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I, Troy Juliar, am Director of Content at a publishing company and hve worked in publishing for over 20 years. I currently reside in Annapolis, Maryland and have been investing for over 20 years.

3.      I have no interests antagonistic to those of the Class and do not believe I am subject to any unique defenses.

4.      I understand that I am seeking to have my choice of counsel appointed Lead Counsel on behalf of the Class of Plaintiffs. I am part of a small, cohesive, manageable group that, if appointed as Lead Plaintiff, will work together, and direct the activities of my counsel,

Kahn Gauthier Swick, LLC ("KGS"), in the prosecution of this action. I understand that to fulfill my fiduciary duties and obligations as Lead Plaintiff, I must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

5.     I understand my responsibilities as Lead Plaintiff and will fulfill these responsibilities to the best of my ability. I further understand that as Lead Plaintiff, I will have the final responsibility for supervising my counsel and for making important litigation decisions. To that extent, I intend to oversee my counsel and monitor the progress of the litigation to discharge my duties to the Class. In discharging those duties, I will, among other things, review pleadings and motions papers from counsel; obtain regular status reports on the progress of the litigation on developments in the action; potentially produce documents, answering interrogatories, and/or sitting for a deposition; and have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

6.     As a member of the Sunopta Investors Group, I intend to work closely and cooperatively with the other members of the group to oversee the litigation in a manner intended to best vindicate the interests of all shareholders. I, as a member of the Sunopta Investors Group, have communicated with the other members of the group, and feel strongly that we, as a small, cohesive group, can effectively and efficiently prosecute this action together. We will do so by, among other means, communicating, individually or as a group, with each other and with counsel, to the extent we determine necessary to fairly and adequately represent the interests of the Class.

7.     We intend to continue to regularly communicate with our counsel and each other as we have done thus far, through the use of email, Internet and telephone. We have agreed upon

how we will make decisions and will endeavor to make all decisions unanimously. Based on our communications to date, I do not foresee a circumstance where the members of our group could not reach a mutually agreeable solution to any issue that might arise.

8. We have agreed that I will serve as the Sunopta Investors Group spokesperson and liaison with counsel and the Court. Although I understand that emergencies rarely arise in the course of litigation of this nature that would not permit sufficient time for our group to be consulted, particularly in light of modern technological means of communication, to the extent such an emergency arises and our group is unable to meet together in sufficient time to collectively make a decision, I will be responsible for making such decisions.

9. Additionally, I understand that our group will meet regularly—most often I expect by telephonic conference—to discuss the progress of the litigation and to approve litigation strategies recommended by our counsel. I anticipate those meetings will occur as often as necessary, depending on the activity in the case. I also anticipate some of those meetings will be without counsel attending in order for the group to discuss counsel's recommendations and performance amongst ourselves. I understand that litigation of this nature has active and inactive periods, and I will make myself available as needed to fulfill my role as Lead Plaintiff.

10. I have selected my counsel, KGS, to be Lead Counsel for the Class, based on their experience in securities litigation and other class action litigation and resources. I have reviewed KGS' firm biography and I am satisfied that the attorneys of the firm working on this matter are highly experienced in the prosecution of class action securities cases and will vigorously and diligently prosecute this action at the direction of the Sunopta Investors Group. I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duties as Lead Plaintiff.

11.     The Sunopta Investors Group moves together as a group.  Alternatively, each agrees to have the Court consider their losses individually and appoint an individual from amongst them, should the Court so desire.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March _2&_, 2008

_____

**NAME OF CLIENT**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY,<br>JOHN H. DIETRICH, and STEPHEN R.<br>BRONFMAN,<br><br>      Defendants. | **CASE NUMBER: 08-CV-00933**<br><br>**JUDGE PAUL A. CROTTY** |
| STEPHEN STRUGALA, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY,<br>JOHN H. DIETRICH, and STEPHEN R.<br>BRONFMAN,<br><br>      Defendants. | **CASE NUMBER: 08-CV-01070**<br><br>**JUDGE PAUL A. CROTTY** |
| RAY FOSTER, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY,<br>JOHN H. DIETRICH,<br><br>      Defendants. | **CASE NUMBER: 08-CV-01313**<br><br>**JUDGE PAUL A. CROTTY** |

|  |  |
|---|---|
| ROGER DAVIDSON, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>                vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY,<br>JOHN H. DIETRICH,<br><br>                          Defendants. | **CASE NUMBER: 08-CV-01496**<br><br>**JUDGE PAUL A. CROTTY** |
| MARIE LORENZATO, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>                vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY,<br>JOHN H. DIETRICH,<br><br>                          Defendants. | **CASE NUMBER: 08-CV-01844**<br><br>**JUDGE PAUL A. CROTTY** |
| ROBERT KNOX, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>                vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY,<br>JOHN H. DIETRICH, and STEPHEN R.<br>BRONFMAN,<br><br>                          Defendants. | **CASE NUMBER: 08-CV-02034**<br><br>**JUDGE PAUL A. CROTTY** |

| | |
|---|---|
| ALBERT HALEGOUA, Individually And On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>                          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   **CASE NUMBER: 08-CV-02910-UA** |

## DECLARATION OF LARRY MAGES IN SUPPORT OF THE MOTION OF THE SUNOPTA INVESTORS GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFFS; AND TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL

I, Larry Mages, declare as follows:

1.      I submit this declaration in support of the Motion of the Sunopta Investors Group for Consolidation of Similar Cases; to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I, Larry Mages, own an auction company and am a real estate broker.  I currently reside in Lafayette, Minnesota.  Beyond my investment in SunOpta, I have managed a portfolio of real estate holdings for over 30 years..

3.      I have no interests antagonistic to those of the Class and do not believe I am subject to any unique defenses.

4.      I understand that I am seeking to have my choice of counsel appointed Lead Counsel on behalf of the Class of Plaintiffs.  I am part of a small, cohesive, manageable group that, if appointed as Lead Plaintiff, will work together, and direct the activities of my counsel,

Kahn Gauthier Swick, LLC ("KGS"), in the prosecution of this action. I understand that to fulfill my fiduciary duties and obligations as Lead Plaintiff, I must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

5.    I understand my responsibilities as Lead Plaintiff and will fulfill these responsibilities to the best of my ability. I further understand that as Lead Plaintiff, I will have the final responsibility for supervising my counsel and for making important litigation decisions. To that extent, I intend to oversee my counsel and monitor the progress of the litigation to discharge my duties to the Class.  In discharging those duties, I will, among other things, review pleadings and motions papers from counsel; obtain regular status reports on the progress of the litigation on developments in the action; potentially produce documents, answering interrogatories, and/or sitting for a deposition; and have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

6.    As a member of the Sunopta Investors Group, I intend to work closely and cooperatively with the other members of the group to oversee the litigation in a manner intended to best vindicate the interests of all shareholders.  I, as a member of the Sunopta Investors Group, have communicated with the other members of the group, and feel strongly that we, as a small, cohesive group, can effectively and efficiently prosecute this action together. We will do so by, among other means, communicating, individually or as a group, with each other and with counsel, to the extent we determine necessary to fairly and adequately represent the interests of the Class.

7.    We intend to continue to regularly communicate with our counsel and each other as we have done thus far, through the use of email, Internet and telephone. We have agreed upon

how we will make decisions and will endeavor to make all decisions unanimously. Based on our communications to date, I do not foresee a circumstance where the members of our group could not reach a mutually agreeable solution to any issue that might arise.

8.     We have agreed that Troy Juliar will serve as the Sunopta Investors Group spokesperson and liaison with counsel and the Court. Although I understand that emergencies rarely arise in the course of litigation of this nature that would not permit sufficient time for our group to be consulted, particularly in light of modern technological means of communication, to the extent such an emergency arises and our group is unable to meet together in sufficient time to collectively make a decision, Mr. Juliar will be responsible for making such decisions.

9.     Additionally, I understand that our group will meet regularly—most often I expect by telephonic conference—to discuss the progress of the litigation and to approve litigation strategies recommended by our counsel. I anticipate those meetings will occur as often as necessary, depending on the activity in the case. I also anticipate some of those meetings will be without counsel attending in order for the group to discuss counsel's recommendations and performance amongst ourselves. I understand that litigation of this nature has active and inactive periods, and I will make myself available as needed to fulfill my role as Lead Plaintiff.

10.     I have selected my counsel, KGS, to be Lead Counsel for the Class, based on their experience in securities litigation and other class action litigation and resources. I have reviewed KGS' firm biography and I am satisfied that the attorneys of the firm working on this matter are highly experienced in the prosecution of class action securities cases and will vigorously and diligently prosecute this action at the direction of the Sunopta Investors Group. I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duties as Lead Plaintiff.

11.    The Sunopta Investors Group moves together as a group.   Alternatively, each agrees to have the Court consider their losses individually and appoint an individual from amongst them, should the Court so desire.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 28, 2008

*Larry Mages*

**NAME OF CLIENT**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>Defendants. | **CASE NUMBER: 08-CV-00933**<br><br>**JUDGE PAUL A. CROTTY** |
| STEPHEN STRUGALA, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>Defendants. | **CASE NUMBER: 08-CV-01070**<br><br>**JUDGE PAUL A. CROTTY** |
| RAY FOSTER, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH,<br><br>Defendants. | **CASE NUMBER: 08-CV-01313**<br><br>**JUDGE PAUL A. CROTTY** |

ROGER DAVIDSON, Individually And
On Behalf of All Others Similarly Situated,

                Plaintiff,

        vs.

SUNOPTA, INC., STEVEN BROMLEY,
JOHN H. DIETRICH,

                Defendants.

**CASE NUMBER: 08-CV-01496**

**JUDGE PAUL A. CROTTY**

MARIE LORENZATO, Individually And
On Behalf of All Others Similarly Situated,

                Plaintiff,

        vs.

SUNOPTA, INC., STEVEN BROMLEY,
JOHN H. DIETRICH,

                Defendants.

**CASE NUMBER: 08-CV-01844**

**JUDGE PAUL A. CROTTY**

ROBERT KNOX, Individually And
On Behalf of All Others Similarly Situated,

                Plaintiff,

        vs.

SUNOPTA, INC., STEVEN BROMLEY,
JOHN H. DIETRICH, and STEPHEN R.
BRONFMAN,

                Defendants.

**CASE NUMBER: 08-CV-02034**

**JUDGE PAUL A. CROTTY**

|  |  |
|---|---|
| ALBERT HALEGOUA, Individually And On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN, | ) ) ) ) |
| Defendants. | ) ) ) |

**CASE NUMBER: 08-CV-02910-UA**

### DECLARATION OF WARREN NESBITT IN SUPPORT OF THE MOTION OF THE SUNOPTA INVESTORS GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFFS; AND TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL

I, Warren Nesbitt, declare as follows:

1.      I submit this declaration in support of the Motion of the Sunopta Investors Group for Consolidation of Similar Cases; to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I, Warren Nesbitt, am a World War II veteran and a former member of Patton's Third Army. I spent over 50 years as an electrical contractor. I currently reside in Hoffman Estates, Illinois. I have been investing in the market for a number of years.

3.      I have no interests antagonistic to those of the Class and do not believe I am subject to any unique defenses.

4.      I understand that I am seeking to have my choice of counsel appointed Lead Counsel on behalf of the Class of Plaintiffs. I am part of a small, cohesive, manageable group that, if appointed as Lead Plaintiff, will work together, and direct the activities of my counsel,

Kahn Gauthier Swick, LLC ("KGS"), in the prosecution of this action. I understand that to fulfill my fiduciary duties and obligations as Lead Plaintiff, I must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

5.    I understand my responsibilities as Lead Plaintiff and will fulfill these responsibilities to the best of my ability. I further understand that as Lead Plaintiff, I will have the final responsibility for supervising my counsel and for making important litigation decisions. To that extent, I intend to oversee my counsel and monitor the progress of the litigation to discharge my duties to the Class.  In discharging those duties, I will, among other things, review pleadings and motions papers from counsel; obtain regular status reports on the progress of the litigation on developments in the action;  potentially produce documents, answering interrogatories, and/or sitting for a deposition; and have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

6.    As a member of the Sunopta Investors Group, I intend to work closely and cooperatively with the other members of the group to oversee the litigation in a manner intended to best vindicate the interests of all shareholders.  I, as a member of the Sunopta Investors Group, have communicated with the other members of the group, and feel strongly that we, as a small, cohesive group, can effectively and efficiently prosecute this action together. We will do so by, among other means, communicating, individually or as a group, with each other and with counsel, to the extent we determine necessary to fairly and adequately represent the interests of the Class.

7.    We intend to continue to regularly communicate with our counsel and each other as we have done thus far, through the use of email, Internet and telephone. We have agreed upon

how we will make decisions and will endeavor to make all decisions unanimously. Based on our communications to date, I do not foresee a circumstance where the members of our group could not reach a mutually agreeable solution to any issue that might arise.

8.      We have agreed that Troy Juliar will serve as the Sunopta Investors Group spokesperson and liaison with counsel and the Court. Although I understand that emergencies rarely arise in the course of litigation of this nature that would not permit sufficient time for our group to be consulted, particularly in light of modern technological means of communication, to the extent such an emergency arises and our group is unable to meet together in sufficient time to collectively make a decision, Mr. Juliar will be responsible for making such decisions.

9.      Additionally, I understand that our group will meet regularly—most often I expect by telephonic conference—to discuss the progress of the litigation and to approve litigation strategies recommended by our counsel. I anticipate those meetings will occur as often as necessary, depending on the activity in the case. I also anticipate some of those meetings will be without counsel attending in order for the group to discuss counsel's recommendations and performance amongst ourselves. I understand that litigation of this nature has active and inactive periods, and I will make myself available as needed to fulfill my role as Lead Plaintiff.

10.      I have selected my counsel, KGS, to be Lead Counsel for the Class, based on their experience in securities litigation and other class action litigation and resources. I have reviewed KGS' firm biography and I am satisfied that the attorneys of the firm working on this matter are highly experienced in the prosecution of class action securities cases and will vigorously and diligently prosecute this action at the direction of the Sunopta Investors Group. I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duties as Lead Plaintiff.

11.    The Sunopta Investors Group moves together as a group.  Alternatively, each agrees to have the Court consider their losses individually and appoint an individual from amongst them, should the Court so desire.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March _28^TH_,2008

_Warren F. Nesbitt_

**NAME OF CLIENT**

INVESTOR ALERT: KGS Announces the Initial Filing of Securities Frau…suit Against SunOpta, Inc. -- STKL: Financial News - Yahoo! Finance

Case 1:08-cv-00933-PAC     Document 12-4     Filed 03/28/2008     Page 1 of 2

Yahoo!My Yahoo!Mail     Make Y! your home

page

**YAHOO!** FINANCE          Search:

Sign In

New User? Sign Up

Finance Home - Help



- Home HOME
- Investing INVESTING
- News & Opinion NEWS & OPINION
- Personal Finance PERSONAL FINANCE
- Tech Ticker TECH TICKER

- Get Quotes

«  Finance Search

**Scottrade**
Member FINRA/SIPC

**TD AMERITRADE**

Press Release                                    Source: Kahn Gauthier Swick, LLC

# INVESTOR ALERT: KGS Announces the Initial Filing of Securities Fraud Class Action Lawsuit Against SunOpta, Inc. -- STKL

Monday January 28, 5:46 pm ET

NEW ORLEANS, LA--(MARKET WIRE)--Jan 28, 2008 -- Kahn Gauthier Swick, LLC ("KGS") has filed a class action lawsuit against SunOpta, Inc. ("SunOpta" or the "Company") (NasdaqGS:STKL - News) in the United States District Court for the Southern District of New York, on behalf of shareholders who purchased the common stock of the Company between August 8, 2007 and January 25, 2008, inclusive (the "Class Period"). No class has yet been certified in this action.

UNLESS A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

If you would like to discuss your legal rights, you may e-mail or call KGS Managing Partner Lewis Kahn, without obligation or cost to you, toll free 1-866-467-1400, ext. 100, via cell phone after hours at 504-301-7900, or by email at lewis.kahn@kgscounsel.com.

ADVERTISEMENT        SunOpta and certain of the Company's officers and directors are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934 (the "Exchange Act").

On January 24, 2008, following the close of trading, defendants shocked investors after they published a release that revealed, for the first time, that the Company was performing well below expectations and that defendants expected to cause the Company to take a material restatement charge in the near term -- rending its prior reported financial statements and reports unreliable, false and materially misleading. SunOpta, which processes and produces organic foods, said it expected to post a profit of 12 cents to 14 cents per share for the year, citing issues within its fruit and BioProcess groups that led to pretax write-downs and provisions of $12 million to $14 million. Among problems the Company cited were inventories within the Company's Fruit Group's berry operations requiring write-down to net realizable value, whereby "preliminary estimates indicated that an adjustment in the range of $9 to $11 million for this issue and related items is necessary." Further, the Company disclosed a charge of "approximately $3 million pre-tax, related to difficulties in collecting for services and equipment provided to a customer under the terms of an existing equipment supply contract within the SunOpta BioProcess Group."

On this news, belatedly revealed on January 24, 2008, shares of SunOpta stock fell precipitously, collapsing over 40%, from a close of $9.50 per share to approximately $6.00 per share in the single trading day -- on

## Related Quote



STKL     5.40     -0.01     News

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

## Related News Stories

- Investor Alert: KGS Announces Last Day for SunOpta, Inc. Shareholders to File Lead Plaintiff Application -- Shareholders With Over $100,000 Loss Urged to Inquire -- STKL -
PrimeNewswire (12:53 am)

- SunOpta to Make Single-Serve Soy Milk - AP (Wed Mar 26)

- SunOpta Announces New Single Serve Soymilk Production - PrimeNewswire (Wed Mar 26)

- Pittsburg Law Office of Alfred G. Yates Jr., PC Commences a Class Action Lawsuit on Behalf of Shareholders of SunOpta Inc. (STKL) and Announces Investigations of MF Global (MF), Force Protection (FRPT), The PMI Group (PMI), and NeuroMetrix - Business Wire (Thu Mar 20)

More...

- By industry: Processed & Packaged Goods

INVESTOR ALERT: KGS Announces the Initial Filing of Securities Frau...suit Against SunOpta, Inc. -- STKL: Financial News - Yahoo! Finance

Case 1:08-cv-00933-PAC     Document 12-4     Filed 03/28/2008     Page 2 of 2

very high trading volume of over 11.488 million shares traded.

If you wish to serve as lead plaintiff in this class action lawsuit, you must move the Court no later than March 28, 2008. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you would like to discuss your legal rights, you may e-mail or call KGS Managing Partner Lewis Kahn, without obligation or cost to you, toll free 1-866-467-1400, ext. 100, after hours via cell phone 504-301-7900, or by email at lewis. kahn@kgscounsel.com. To learn more about KGS, you may visit www.kgscounsel.com. KGS focuses its practice on securities litigation, and has been appointed lead counsel in numerous federal securities cases.

SPECIAL NOTICE: While federal law does not prohibit other lawyers from "announcing" the filing of this class action through the issuance of other press releases, KGS is the law firm that researched, investigated, drafted and filed the securities fraud case against SunOpta. If you are a SunOpta shareholder who decides to contact one of these lawyers, KGS reminds you to interview any such lawyer to assure that he or she understands the facts surrounding the substantial claims alleged in the complaint KGS has filed with the Court. Factors bearing on a law firm's ability to successfully prosecute this action and obtain a recovery for you include its lawyers' knowledge of applicable federal securities laws, the resources it will dedicate to prosecution of the case (including the number of lawyers the firm has available to prosecute this action) and the quality of the firm's work.

*Contact:*

Contact:

Lewis Kahn
Kahn Gauthier Swick, LLC
1-866-467-1400, ext. 100
Lewis.kahn@kgscounsel.com

---

Source: Kahn Gauthier Swick, LLC

 Email Story      Set News Alert      Print Story      Yahoo! Buzz

### Top Stories

- J.C. Penney Slashes 1Q Profit Forecast - AP (9:43 am)
- Consumer Spending Weak in February - AP (8:52 am)
- KB Home Swings to 1Q Loss, Lower Revenue - AP (10:00 am)
- Clear Channel Says Deal May Not Close - AP (9:37 am)

More...

- Most-viewed articles

### RSS Feeds

Add headlines to your personalized My Yahoo! Page ( About My Yahoo! and RSS )

STKL Headlines


Processed & Packaged Goods Headlines

More Finance RSS Feeds

Sponsor Results

Earn From 3.04% to 3.35%
With AAA rated, GE Capital Corp. Not an offer of securities for sale.
www.geinterestplus.com

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Try Forex Currency Trading at Forex.com
Free $50,000 practice account with real-time charts, news and research.
www.forex.com

(What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.



Kahn Gauthier Swick, LLC ("KGS") (www.kgscounsel.com) is a law firm with offices in New Orleans and New York City. KGS focuses predominantly on class action litigation, in the areas of securities and consumer fraud, shareholder derivative and other complex litigation. KGS was formed in 2000 as a partnership between established class action attorneys. Since its inception KGS has recovered tens of millions of dollars for its clients.

KGS's lawyers have significant experience litigating complex securities cases. Among other cases the firm is involved in, KGS has been appointed to leadership roles in the following securities class action and derivative litigations:

***Bodisen Biotech, Inc.***                                              *S.D.N.Y.*
*Co-Lead Counsel*

***Gaming Partners***                                                      *D. Nev.*
*Co-Lead Counsel*

***In re BigBand Networks, Inc Securities Litigation***     *C.D. Cal.*
*Co-Lead Counsel*

***In re Optionable, Inc. Securities Litigation***                *S.D.N.Y.*
*Lead Counsel*

***In re Pegasus Wireless Corp. Securities Litigation***    *S.D. Fla.*
*Lead Counsel*

***In re Proquest Company Shareholder Derivative Litigation***    *E.D.Mich.*
*Co-Lead Counsel*

***In re U.S. Auto Parts Networks, Inc. Securities Litigation***    *C.D. Cal.*
*Lead Counsel*

***In re Witness Systems Inc. Securities Litigation***        *N.D. Ga.*
*Co-Lead Counsel*

***In re Xethanol Corporation Securities Litigation***       *S.D.N.Y.*
*Lead Counsel*

*In re Xinhua Finance Media, Ltd. Securities Litigation*        *S.D.N.Y.*
*Co-Lead Counsel*

*Pixelplus Co. Ltd.*        *S.D.N.Y.*
*Co-Lead Counsel*

*Terayon Comm. Systems Inc.*        *N.D. Cal.*
*Co-Lead Counsel*

*Whitney Information Network*        *M.D. Fla.*
*Lead Counsel*

## <u>LAWYERS</u>

### Partners

*Lewis S. Kahn*

Lewis Kahn serves as the managing partner of KGS. Along with the representation of thousands of plaintiffs in mass tort cases and thousands of wronged investors in class actions throughout the United States, Mr. Kahn has been appointed to various leadership positions in federal class action litigation. Among other appointments, Mr. Kahn served as a member of the Plaintiffs' Steering Committee in MDL 1481, *In re Meridia Products Liability Litigation*, appointed by Judge James S. Gwin in the United States District Court for the Northern District of Ohio, Eastern District.

Mr. Kahn is often turned to by the media for expert commentary in the field of class action litigation. KGS has been profiled in the *New York Times*, *Washington Post*, *Boston Globe*, and many other media outlets. Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He has been a member in good standing of the Louisiana State Bar Association since 1995, and is a member of the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

*Kim E. Miller*

Kim E. Miller is a partner of Kahn Gauthier Swick, LLC, who specializes in securities,

consumer, and commercial litigation. Prior to joining KGS in 2006, Ms. Miller was a partner at one of the nation's leading plaintiff class action firms. Ms. Miller also spent two years as a securities litigator on the defense side while at Gray Cary Ware & Friedenrich LLP in Palo Alto, California.

Over the course of her career, Ms. Miller has represented tens of thousands of wronged investors and consumers in class actions filed throughout the country. Among other cases, Ms. Miller has worked on more than 25 cases involving allegations of improper directed brokerage arrangements and excessive charges in mutual fund cases brought pursuant to the 1934 Securities Exchange Act and/or the Investment Company Act of 1940. Ms. Miller was also involved in the mutual funds late trading/market timing litigation.

Ms. Miller has been involved in a variety of cases in which large settlements were reached, including:

**Settlement value of $127.5 million** *Spahn v. Edward D. Jones & Co., L.P.*, 04-cv-00086-HEA (E.D. Mo.)

**$110 Million Recovery.** *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.)

**$100 Million Recovery.** *In re American Express Financial Advisors, Inc. Sec. Litig.*, 1:04-cv-01773-DAB (S.D.N.Y.)

Ms. Miller was also a member of the trial team that obtained a federal jury verdict in favor of plaintiffs in a case involving the aiding and abetting of a mortgage company's fraudulent lending practices. *Austin v. Lehman Commercial Paper*, No. 04-55942 (DOC)(C.D. Cal.).

Ms. Miller graduated with honors from Stanford University in 1992 with a double major in English and Psychology. She earned her Juris Doctor degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Miller was the Co-Chair of the Women's Law Symposium, Bench Brief Editor of the Moot Court Board, and a member of the Board of Editors of the

Cornell Journal of Law & Public Policy. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California. Her *pro bono* work includes representing families of 9/11 victims at *In re September 11 Victim Compensation Fund* hearings. Ms. Miller has also served as a fundraiser for the New York Legal Aid Society.

### Kevin L. Oufnac

Kevin Oufnac joined Kahn Gauthier Swick, LLC in 2006. Prior to becoming a partner in KGS, Mr. Oufnac spent many years litigating cases throughout the United States with several of the nation's most recognized law firms, including Ness, Motley, Loadholt, Richardson, & Poole, PA; Richardson, Patrick, Westbrook & Brickman, LLC; and Motley Rice, LLC. In addition to individual cases, some of the litigations in which Mr. Oufnac has participated include *In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Second Mortgage Loan Litigation*, No. 03-0425 (W.D. Pa.) (which resulted in a settlement of $33 million to the class members), and *Dundon v. U.S. Bank*, No. 01-408 (S.D. Ill.) (which resulted in a settlement of $26 million to the class members).

Mr. Oufnac received his Juris Doctor in 1995 from the Loyola University School of Law, New Orleans. He is a member of the Louisiana State Bar Association, the South Carolina State Bar Association, and the Association of Trial Lawyers of America. Mr. Oufnac has also been admitted to the United States Court of Appeals for the Fourth Circuit and the United States District Courts for the Eastern District of Michigan, the Eastern District of Louisiana, and the District of South Carolina.

### Michael A. Swick

Michael A. Swick heads KGS's Securities Litigation Group. Mr. Swick began his career

in the mid 1990's working at several of the nation's leading securities class action law firms.

Over the past decade, Mr. Swick has played a significant role in investigating corporate fraud, initiating litigations, and drafting amended complaints in cases involving the Securities Act of 1933 and the Securities Exchange Act of 1934.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Mr. Swick received a Masters of Political Philosophy from Columbia University in 1989 and a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the State Bar of New York in 1996 and is a member of the Federal Bar for the Southern District of New York.

## Of Counsel

### *Charles C. Foti, Jr.*

Charles C. Foti, Jr. served as the Attorney General for the state of Louisiana from 2004-2008, after serving for 30 years as one of the most innovative law enforcement officials in the United States as Orleans Parish Criminal Sheriff. Throughout his career, General Foti has remained committed to public service.

As Attorney General for the state of Louisiana, General Foti's achievements include:

*\* Recovered over $24 million for Louisiana consumers in consumer fraud matters, $8 million in anti-trust litigation, $9.1 million for state employees through Office of Group Benefits, over $2 million for auto complaints, over $33 million in Medicaid Fraud.*

*\* Investigated and apprehended numerous contractor fraud criminals in the wake of the worst natural disaster in United States history, Hurricane Katrina.*

*\* Louisiana Internet Crimes Against Children Task Force doubled the number of arrests for crime against children.*

In his tenure as Orleans Parish Criminal Sheriff, General Foti oversaw the enormous expansion of the parish jail, growing from 800 prisoners in 1973 to more than 7,000 currently. As the prison expanded, so did the need for education and rehabilitation skills for prisoners. As

Sheriff, General Foti started the first reading and GED programs, work release programs, drug treatment programs and the nation's first boot camp at the local level, all to prepare prisoners for a future without crime. Administratively, General Foti managed a multi-million dollar budget and a complex organization of more than 1,400 employees.

General Foti has for many years been an advocate for the elderly. As Sheriff, he and a small army of volunteers provided Thanksgiving meals for senior citizens in the New Orleans area who were alone or couldn't afford a proper holiday feast. He started a back to work program for senior citizens that helps people over the age of 55 get back into the workforce.

General Foti received his Juris Doctor degree from Loyola University Law School in 1965, after serving his country in the United States Army from 1955 through 1958.

### Glen Woods

Glen Woods joined Kahn Gauthier Swick, LLC as Of Counsel in 2006. Mr. Woods has tried over two hundred business and tort cases in Louisiana state and federal courts. Mr. Woods achieved a $346 million verdict in 1997 in a breach of contract case against Entergy and a $55 million verdict against ADP for its involvement in the New Orleans Fairgrounds fire years earlier. Mr. Woods began his legal career in 1985 as an Assistant District Attorney to Harry Connick Sr. and was appointed Special Prosecutor responsible for capital homicides. Mr. Woods is admitted to practice in all state courts in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, and the United States Court of Appeals for the Fifth Circuit. Mr. Woods received his Juris Doctor from Southern University in 1984 and received a Bachelor of Arts in Sociology from the University of Southwestern Louisiana in 1979.

**Associates**

### Paul S. Balanon

Paul Balanon's post-admission experience includes commercial litigation in such areas as marine insurance, contractual indemnity, products liability, toxic torts, regulatory and administrative law, Defense Base Act matters, and environmental law. In addition, he has handled immigration and nationality cases (including investment-based and treaty visas), contract drafting and transactional matters, and international trade issues.

Mr. Balanon received a B.A. cum laude in Political Science with a specialization in International Relations from UCLA (1999), a J.D. from American University (2003), and a Master of Laws in Admiralty with distinction from Tulane University Law School (2004).

While taking a full-time course of law study at the Washington College of Law at American University, Mr. Balanon worked for Judge David S. Tatel (U.S. Court of Appeals for the D.C. Circuit) and for the Washington Lawyers Committee. He was also a member of the Moot Court Honor Society, competed in the Delaware corporations moot court, and served as a student attorney for American University's legal clinic. To pursue more intensive studies in one of his areas of interest—shipping—Mr. Balanon enrolled as a Henry F. Stiles Scholar at Tulane Law School where he was a member of the Tulane Maritime Law Journal, which published his case note. He is the recipient of the Edward A. Dodd Prize for graduating first in the class in his year.

Mr. Balanon is admitted to practice in the State of Louisiana; the Eastern, Middle, and Western Districts of Louisiana; the U.S. Bankruptcy Court for the Eastern District of Louisiana; the U.S. Fifth Circuit; the State of Maryland; and Washington, D.C.

### *Sarah Catherine Boone*

Sarah Catherine Boone holds a Bachelor of Arts in Philosophy from the University of Southern California and a Master of Fine Arts in Writing from the Master of Professional

Writing Program at USC. She received her Juris Doctor from Tulane Law School and was admitted to practice law in the State of Montana in 2007. She is a member of the Montana State Bar Association and she has been admitted to the United States District Court for the District of Montana. She is also a member of the American Bar Association and the Tulane Inns of Court.

### *Melissa Ryan Clark*

Melissa Ryan Clark received her Juris Doctor from Tulane Law School in 2007. While at Tulane, Ms. Clark was president of her graduating class and of the Business Law Society, a chairperson for the Moot Court Board, and a Senior Fellow for Legal Research & Writing. In Fall 2006, Ms. Clark attended University of California – Berkeley where she received high honors in Securities & Class Action Litigation and was a Visiting Contributor to the *California Law Review*. She received her Bachelors of Science degree in International Affairs from Florida State University in 2004.

Ms. Clark's legal work experience includes clerking at the San Francisco District Attorney's Office and externing for the Honorable Chief Judge Jerry Brown in the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey 0in the Eastern District of Louisiana. She is a member of the New York State Bar Association, the American Bar Association, and the American Inns of Courts. Ms. Clark was admitted to the New York Bar in 2008.

### *Catherine R. Gauthier*

Catherine R. Gauthier holds a Bachelor of Arts degree from the University of Louisiana at Lafayette, having graduated *magna cum laude* in 2000. She received a Juris Doctor from Loyola University School of Law, New Orleans and was admitted to practice law in the State of Louisiana in 2005. She is a member of the Louisiana State Bar Association, the American Bar

Association, and the American Association of Trial Lawyers.

*George S. Mentz*

George Mentz is licensed to practice law in Louisiana and the Federal Courts of the EDLA and is a member of the Tax, Trusts & Estates & International Law Sections of the Bar. Mr. Mentz is chiefly a consultant and professor in the areas of ethics, consumer and victims rights, international law, business law, and financial law. Mr. Mentz has recently been featured or quoted in the Wall Street Journal, Financial Times Asia, China Daily, The Arab Times, The Hindu National (India), and The El Norte Mexico Newspapers. Mr. Mentz has written and published in multiple venues around the world in Radio, TV, magazines, web-casts, and journals and has published over 22 books and training manuals.

Professor Mentz serves on several boards and advisory committees in the US, Europe, and Asia. Mr. Mentz has a JD, MBA, certified financial consultant credential and financial planner license. Mr. Mentz has provided specialized consulting over the years as to valuation and quantum damages and has testified and been accepted as an expert in NASD securities arbitration hearings. Mr. Mentz was recently appointed to the Institutional Advisory Board of the Global Finance Forum in Switzerland, the ERISA Fiduciary Guild Advisory Board, and the AML Anti Money Laundering Committee for ICA USA, and was recently re-elected to the Financial Training and Ethics Board for AAFM Worldwide for 2007. Prof. Mentz has trained thousands of people in the areas of law, finance, ethics, tax, corporate governance, investments, and wealth management, and has taught over 100 law, business, and ethics courses at the graduate and undergraduate level over the last ten years.

Mr. Mentz earned his Juris Doctor from Loyola University School of Law, New Orleans. Mr. Mentz was Chairman and Faculty Advisor for the Tax and Estate Planning Law Review at

Loyola University. Further, Mr. Mentz holds an MBA in International Business and Financial Planning from Loyola, as well as a BA with a focus on International Politics.