**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | |
| vs. | Case No. 1:08-cv-00933-PAC |
| | (ECF Case) |
| SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN | |
| Defendants. | |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No. 1:08-01070-PAC |
| | (ECF Case) |
| SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN BRONFMAN | |
| Defendants. | |
| RAY FOSTER, Individually and on Behalf of All Those Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No. 1:08-cv-01313-PAC |
| | (ECF Case) |
| STEVEN BROMLEY, JOHN H. DIETRICH, and SUNOPTA INC., | |
| Defendants. | |

[Captions continued on next page]

**MOTION OF THE RECK GROUP TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| ROGER DAVIDSON, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, and JOHN H. DIETRICH,<br><br>                    Defendants. | Case No. 1:08-cv-01496-PAC<br><br>(ECF Case) |
| MARIE LORENZATO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, and JOHN H. DIETRICH,<br><br>                    Defendants. | Case No. 1:07-cv-01844-PAC<br><br>(ECF Case) |
| ROBERT KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>                    Defendants. | Case No. 1:08-cv-02034-PAC<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ALBERT HALEGOUA, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>                          vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>                       Defendants. | Case No. 1:08-cv-02910-PAC<br><br>(ECF Case) |

PLEASE TAKE NOTICE that class members Thomas A. Reck, Kathryn G. Reck, Frank B. Shimkus, Stephen C. and Diana L. McAnelly, and Dr. Alfred P. Mattera (collectively, the "Reck Group"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) consolidating for all purposes the above-captioned related actions pursuant to Fed. R. Civ. P. 42; (ii) appointing the Reck Group as lead plaintiff; (iii) approving the Reck Group's selection of the law firm of Schiffrin Barroway, Topaz & Kessler, LLP and to serve as Lead Counsel; (iv) approving the Reck Group's selection of the law firm of Brodsky & Smith, LLC as Liaison Counsel; and (v) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Reck Group submits herewith a Memorandum of Law and Declaration of Evan J. Smith.

Dated: March 28, 2008                               Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:    */s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:    (516) 741-4977
Facsimile:     (516) 741-0626

**Proposed Liaison Counsel**

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7706
Facsimile:     (610) 667-7056

**Proposed Lead Counsel**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN<br><br>      Defendants. | Electronically Filed<br><br><br>Case No. 1:08-cv-00933-PAC<br><br>(ECF Case) |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN BRONFMAN<br><br>      Defendants. | Case No. 1:08-01070-PAC<br><br>(ECF Case) |
| RAY FOSTER, Individually and on Behalf of All Those Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>STEVEN BROMLEY, JOHN H. DIETRICH, and SUNOPTA INC.,<br><br>      Defendants. | Case No. 1:08-cv-01313-PAC<br><br>(ECF Case) |

[Captions continued on next page]

**[PROPOSED] ORDER CONSOLIDATING ACTIONS,
APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S
<u>SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | |
|---|---|
| ROGER DAVIDSON, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, and JOHN H. DIETRICH,<br><br>    Defendants. | Case No. 1:08-cv-01496-PAC<br><br>(ECF Case) |
| MARIE LORENZATO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, and JOHN H. DIETRICH,<br><br>    Defendants. | Case No. 1:07-cv-01844-PAC<br><br>(ECF Case) |
| ROBERT KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>    Defendants. | Case No. 1:08-cv-02034-PAC<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ALBERT HALEGOUA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>      Defendants. | Case No. 1:08-cv-02910-PAC<br><br>(ECF Case) |

Having considered the motion of class members Thomas A. Reck, Kathryn G. Reck, Frank B. Shimkus, Stephen C. and Diana L. McAnelly, and Dr. Alfred P. Mattera (collectively, the "Reck Group") to consolidate actions, to be appointed Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel and Liaison Counsel, the memorandum of law in support thereof, the declaration of Evan J. Smith in support of that motion, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 1:08-cv-00933-PAC. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Clerk in the Master File.

5. The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

6. Every pleading in the Consolidated Action shall have the following caption:

| IN RE SUNOPTA INC. SECURITIES LITIGATION | 1:08-cv-00933-PAC |
|---|---|

1

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

8. When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed case; and

    c. Make the appropriate entry in the Master Docket for the Consolidated Action.

9. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

10. Class member the Reck Group is appointed to serve as Lead Plaintiff in the above-captioned consolidated action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

11. The law firm of Schiffrin Barroway Topaz & Kessler, LLP is hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of

plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a.    To brief and argue motions;

    b.    To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c.    To direct and coordinate the examination of witnesses in depositions;

    d.    To act as spokesperson at pretrial conferences;

    e.    To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f.    To initiate and conduct any settlement negotiations with counsel for defendants;

    g.    To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h.    To consult with and employ experts;

    i.    To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

    j.    To perform such other duties as may be expressly authorized by further order of this Court.

12. The law firm of Brodsky & Smith, LLC is hereby approved as Liaison Counsel for the Class.

IT IS SO ORDERED.

DATED:_____                    _____
                                          Paul A. Crotty, U.S.D.J.

4