UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:08-cv-00933-PAC |
| Plaintiff, | : | <u>CLASS ACTION</u> |
| vs. | : | |
| SUNOPTA INC., et al., | : | |
| Defendants. | : | |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:08-cv-01070-PAC |
| Plaintiff, | : | <u>CLASS ACTION</u> |
| vs. | : | |
| SUNOPTA INC., et al., | : | |
| Defendants. | : | |
| RAY FOSTER, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:08-cv-01313-PAC |
| Plaintiff, | : | <u>CLASS ACTION</u> |
| vs. | : | |
| STEVEN BROMLEY, et al., | : | |
| Defendants. | : | |

[Caption continued on following page.]

WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST'S AND
OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS
PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ROGER DAVIDSON, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNOPTA INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-01496-PAC <br><br> <u>CLASS ACTION</u> |
| MARIE LORENZATO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNOPTA INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-01844-PAC <br><br> <u>CLASS ACTION</u> |
| ROBERT KNOX, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNOPTA INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-02034-PAC <br><br> <u>CLASS ACTION</u> |
| ALBERT HALEGOUA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNOPTA INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-02910-UA <br><br> <u>CLASS ACTION</u> |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff Western Washington Laborers-Employers Pension Trust and Operating Engineers Construction Industry and Miscellaneous Pension Fund (the "Pension Funds") will and hereby do move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl St., Room 735, New York, NY 10007 for an order: (1) consolidating the related actions; (2) appointing the Pension Funds as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4; and (3) approving the Pension Funds' selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel.  In support of this motion, the Pension Funds submit the accompanying Memorandum of Law, the Affidavit of David A. Rosenfeld and a [Proposed] Order.

DATED:  March 28, 2008
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Sunopta\MOT00050234.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2008.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@csgrr.com

# Mailing Information for a Case 1:08-cv-01844-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`