UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN<br><br>     Defendants. | Electronically Filed<br><br><br>Case No. 1:08-cv-00933-PAC<br><br>(ECF Case) |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN BRONFMAN<br><br>     Defendants. | Case No. 1:08-01070-PAC<br><br>(ECF Case) |
| RAY FOSTER, Individually and on Behalf of All Those Similarly Situated,<br><br>     Plaintiff,<br><br>    vs.<br><br>STEVEN BROMLEY, JOHN H. DIETRICH, and SUNOPTA INC.,<br><br>     Defendants. | Case No. 1:08-cv-01313-PAC<br><br>(ECF Case) |

[Captions continued on next page]

**NOTICE OF WITHDRAWAL OF MOTION OF THE
RECK GROUP TO CONSOLIDATE ACTIONS, TO BE
APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD
<u>PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | |
|---|---|
| ROGER DAVIDSON, On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, and JOHN H. DIETRICH,<br><br>     Defendants. | Case No. 1:08-cv-01496-PAC<br><br>(ECF Case) |
| MARIE LORENZATO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, and JOHN H. DIETRICH,<br><br>     Defendants. | Case No. 1:07-cv-01844-PAC<br><br>(ECF Case) |
| ROBERT KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>     Defendants. | Case No. 1:08-cv-02034-PAC<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ALBERT HALEGOUA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>      Defendants. | Case No. 1:08-cv-02910-PAC<br><br>(ECF Case) |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

After reviewing the competing lead plaintiff motions, Thomas A. Reck, Kathryn G. Reck, Frank B. Shimkus, Stephen C. and Diana L. McAnelly, and Dr. Alfred P. Mattera (collectively, the "Reck Group") recognize that Western Washington Laborers-Employers Pension Trust and Operating Engineers Construction Industry and Miscellaneous Pension Fund (collectively, the "Pension Funds") have the largest financial interest in the relief sought in this action. Accordingly, the Reck Group hereby withdraws it Motion To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel, originally filed with this Court on March 28, 2008, in support of the Pension Funds.

Nevertheless, should the need arise, the Reck Group respectfully requests the Court to consider its motion as it remains willing to serve in a leadership or representative capacity on behalf of the class. This withdrawal is made without prejudice to the rights of the Reck Group to participate in this action as a member of the proposed class and to share in any settlement or recovery.

Dated: April 9, 2008               Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:   */s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:(516) 741-4977
Facsimile:    (516) 741-0626
**Proposed Liaison Counsel**

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Sean M. Handler
Ian D. Berg

280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:   (610) 667-7056
**Proposed Lead Counsel**

Case 1:08-cv-00933-PAC    Document 20    Filed 04/09/2008    Page 5 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN<br><br>     Defendants. | Electronically Filed<br><br><br>Case No. 1:08-cv-00933-PAC<br><br>(ECF Case) |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN BRONFMAN<br><br>     Defendants. | <br><br>Case No. 1:08-01070-PAC<br><br>(ECF Case) |
| RAY FOSTER, Individually and on Behalf of All Those Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>STEVEN BROMLEY, JOHN H. DIETRICH, and SUNOPTA INC.,<br><br>     Defendants. | <br><br>Case No. 1:08-cv-01313-PAC<br><br>(ECF Case) |

[Captions continued on next page]

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ROGER DAVIDSON, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, and JOHN H. DIETRICH,<br><br>                    Defendants. | Case No. 1:08-cv-01496-PAC<br><br>(ECF Case) |
| MARIE LORENZATO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNOPTA INC., STEVEN BROMLEY, and JOHN H. DIETRICH,<br><br>                    Defendants. | Case No. 1:07-cv-01844-PAC<br><br>(ECF Case) |
| ROBERT KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>                    Defendants. | Case No. 1:08-cv-02034-PAC<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ALBERT HALEGOUA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>     vs.<br><br>SUNOPTA INC., STEVEN R. BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN,<br><br>      Defendants. | Case No. 1:08-cv-02910-PAC<br><br>(ECF Case) |

## **CERTIFICATE OF SERVICE**

I, Evan J. Smith, hereby certify that on April 9, 2007, the following documents were electronically filed with the Clerk of Court using the CM/ECF system and served on all on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. First Class Mail, postage prepaid.

1. Notice of Withdrawal Of Motion Of The Reck Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel;

*/s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith (ES3254)

# Mailing Information for a Case 1:08-cv-00933-PAC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William J. Hine**
  wjhine@jonesday.com,dpjacobson@jonesday.com

- **Jayant W. Tambe**
  dpjacobson@jonesday.com,kpollak@jonesday.com,jtambe@jonesday.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lewis Stephen Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street
12th Floor
New York, NY 10017

Eric J. O'Bell
Law Offices of Eric J. O'Bell, LLC
3500 Noth Hullen Street
Metairie, LA 70002
```

# Mailing Information for a Case 1:08-cv-01070-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Evan J Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 1:08-cv-01313-PAC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory Bradley Linkh**
  glinkh@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lionel Z. Glancy
Law Offices of Lionel Z. Glancy
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Howard G. Smith
Smith & Smith
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
```

# Mailing Information for a Case 1:08-cv-01496-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **William J. Hine**
  wjhine@jonesday.com,dpjacobson@jonesday.com

- **Joel B. Strauss**
  Jstrauss@kaplanfox.com

- **Jayant W. Tambe**
  jtambe@jonesday.com,kpollak@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:08-cv-01844-PAC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:08-cv-02034-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Hal D. Cunningham**
  hcunningham@scott-scott.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Judith S. Scolnick
Scott + Scott, LLP( NYC)
29th West 57th Street
PH
New York, NY 10019
```