USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 0 2008

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN R. BRONFMAN

    Defendants.

---

STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

SUNOPTA INC., STEVEN BROMLEY, JOHN H. DIETRICH, and STEPHEN BRONFMAN

    Defendants.

---

RAY FOSTER, Individually and on Behalf of All Those Similarly Situated,

    Plaintiff,

vs.

STEVEN BROMLEY, JOHN H. DIETRICH, and SUNOPTA INC.,

    Defendants.

---

Electronically Filed

Case No. 1:08-cv-00933-PAC

(ECF Case)

Case No. 1:08-01070-PAC [struck through]

(ECF Case) [struck through]

Case No. 1:08-cv-01313-PAC [struck through]

(ECF Case) [struck through]

[Captions continued on next page]

**NOTICE OF WITHDRAWAL OF MOTION OF THE
RECK GROUP TO CONSOLIDATE ACTIONS, TO BE
APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

*The Clerk of court is directed to terminate document #13 in case number 08 civ 933*

SO ORDERED APR 1 0 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE