UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY ARDEN JULIAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-00933-PAC<br><br>CLASS ACTION |
| STEPHEN STRUGALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-01070-PAC<br><br>CLASS ACTION |
| RAY FOSTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN BROMLEY, et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-01313-PAC<br><br>CLASS ACTION |

[Caption continued on following page.]

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST'S AND OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

| | |
|---|---|
| ROGER DAVIDSON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-01496-PAC<br><br>CLASS ACTION |
| MARIE LORENZATO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-01844-PAC<br><br>CLASS ACTION |
| ROBERT KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-02034-PAC<br><br>CLASS ACTION |
| ALBERT HALEGOUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-02910-UA<br><br>CLASS ACTION |

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York as well as this Court. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, proposed lead counsel for plaintiff in the above-captioned action. I make this declaration in support of Reply Memorandum of Law in Further Support of Western Washington Laborers-Employers Pension Trust's and Operating Engineers Construction Industry and Miscellaneous Pension Fund's Motion for Appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: SunOpta, Inc. Historical Prices and Volume from December 26, 2007 through January 31, 2008; and

Exhibit B: RBC Capital Markets January 22, 2008 research comment on SunOpta Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of April, 2008, at Melville, New York.

s/ David A. Rosenfeld

DAVID A. ROSENFELD

S:\CasesSD\Sunopta\DEC00050862.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2008.

s/ David A. Rosenfeld

DAVID A. ROSENFELD

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail:drosenfeld@csgrr.com

# Mailing Information for a Case 1:08-cv-00933-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William J. Hine**
  wjhine@jonesday.com,dpjacobson@jonesday.com
- **Kim Elaine Miller**
  kimmiller225@yahoo.com
- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com
- **Evan J Smith**
  esmith@brodsky-smith.com
- **Jayant W. Tambe**
  dpjacobson@jonesday.com,kpollak@jonesday.com,jtambe@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lewis Stephen Kahn**
Kahn Gauthier Swick, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

**Kim E. Miller**
Kahn Gauthier Swick, LLC
12 East 41st Street
12th Floor
New York, NY 10017

**Eric J. O'Bell**
Law Offices of Eric J. O'Bell, LLC
3500 Noth Hullen Street
Metairie, LA 70002

Web Images Maps News Shopping Gmail more ▼ Portfolios | Sign In

Get quotes Stock screener New!
e.g. "CSCO" or "Google"

## Historical prices

« Back to overview

**SunOpta, Inc. (USA)**(NASDAQ:STKL) - **Daily** | Weekly

Dec 1, 2007 - Jan 31, 2008 Update Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 31-Jan-08 | 5.41 | 5.52 | 5.36 | 5.45 | 1,059,400 |
| 30-Jan-08 | 5.40 | 5.52 | 5.32 | 5.46 | 995,300 |
| 29-Jan-08 | 5.76 | 5.82 | 5.24 | 5.46 | 2,470,300 |
| 28-Jan-08 | 5.91 | 5.99 | 5.61 | 5.76 | 4,241,900 |
| 25-Jan-08 | 6.97 | 7.00 | 5.50 | 6.05 | 11,488,400 |
| 24-Jan-08 | 8.96 | 9.62 | 8.95 | 9.56 | 1,190,800 |
| 23-Jan-08 | 8.78 | 9.08 | 8.47 | 8.95 | 1,394,000 |
| 22-Jan-08 | 9.22 | 9.49 | 8.67 | 9.05 | 1,673,700 |
| 18-Jan-08 | 10.67 | 10.86 | 9.79 | 9.86 | 1,162,900 |
| 17-Jan-08 | 10.68 | 10.80 | 10.60 | 10.65 | 799,100 |
| 16-Jan-08 | 11.15 | 11.15 | 10.48 | 10.65 | 1,025,000 |
| 15-Jan-08 | 11.69 | 11.76 | 11.20 | 11.24 | 514,700 |
| 14-Jan-08 | 11.93 | 12.09 | 11.78 | 11.84 | 264,700 |
| 11-Jan-08 | 11.90 | 12.10 | 11.69 | 11.93 | 407,400 |
| 10-Jan-08 | 11.81 | 12.00 | 11.49 | 11.92 | 737,400 |
| 9-Jan-08 | 12.24 | 12.34 | 11.78 | 11.84 | 812,000 |
| 8-Jan-08 | 12.68 | 12.93 | 12.28 | 12.29 | 432,000 |
| 7-Jan-08 | 12.60 | 12.93 | 12.42 | 12.66 | 396,400 |
| 4-Jan-08 | 12.51 | 12.69 | 12.25 | 12.61 | 523,800 |
| 3-Jan-08 | 12.90 | 13.05 | 12.61 | 12.68 | 180,200 |
| 2-Jan-08 | 13.25 | 13.25 | 12.69 | 12.79 | 759,400 |
| 31-Dec-07 | 13.05 | 13.35 | 12.75 | 13.35 | 852,100 |
| 28-Dec-07 | 13.03 | 13.26 | 12.88 | 13.26 | 489,500 |
| 27-Dec-07 | 12.94 | 13.44 | 12.75 | 12.91 | 572,400 |
| 26-Dec-07 | 12.93 | 13.12 | 12.77 | 12.94 | 380,500 |

Result Page: 1 2 Next

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google Google Home - Help - Privacy Policy - Terms of Service

RBC Capital Markets

EQUITY | RESEARCH

PRICE TARGET REVISION | COMMENT

JANUARY 22, 2008

# SunOpta Inc. (NASDAQ: STKL; TSX: SOY)

## Q4 Earnings Preview

## Outperform
## Above Average Risk

| | | | |
|---|---|---|---|
| Price: | 9.86 | Price Target: | 13.00 ↓ 16.00 |
| | | Implied All-In Return: | 31.8% |
| Shares O/S (MM): | 63.9 | Market Cap (MM): | 630 |
| Dividend: | 0.00 | Yield: | 0.0% |
| Float (MM): | 56.5 | Tr. 12 ROE: | 5.90% |
| Debt to Cap: | 31.8% | Avg. Daily Volume (MM): | 0.44 |
| Institutional Ownership: | 54% | 3-Yr. Est. EPS Growth: | 24.00% |

RBC Capital Markets Corp.

Edward Aaron, CFA (Analyst)
(303) 595-1127; edward.aaron@rbccm.com

Brant Jaouen (Associate)
(303) 595-1293; brant.jaouen@rbccm.com

Paul Burton (Associate)
(303) 595-1164; paul.burton@rbccm.com

| FY Dec | 2005A | 2006A | 2007E | 2008E |
|---|---|---|---|---|
| Revenue (MM) | 426.1 | 598.0 | 793.7 | 933.5 |
| Prev. | | | 797.0 | 942.5 |
| EPS (Op) - FD | 0.25 | 0.19 | 0.32 | 0.40 |
| Prev. | | | 0.35 | 0.50 |
| P/E | 39.4x | 51.9x | 30.8x | 24.6x |

| Revenue (MM) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2005 | 86.2A | 102.9A | 115.0A | 122.1A |
| 2006 | 133.3A | 155.8A | 145.5A | 163.5A |
| 2007 | 183.4A | 208.0A | 205.7A | 196.6E |
| Prev. | | | | 199.9E |
| 2008 | 215.2E | 244.6E | 241.7E | 232.0E |
| Prev. | 216.4E | 246.1E | 243.1E | 236.9E |
| EPS (Op) - FD | | | | |
| 2005 | 0.12A | 0.06A | 0.04A | 0.04A |
| 2006 | 0.05A | 0.08A | 0.03A | 0.04A |
| 2007 | 0.06A | 0.11A | 0.08A | 0.07E |
| Prev. | | | | 0.10E |
| 2008 | 0.10E | 0.11E | 0.11E | 0.09E |
| Prev. | 0.11E | 0.14E | 0.13E | 0.12E |

All values in USD unless otherwise noted.

## Q4 Earnings Preview

### Investment Opinion

Please see our note entitled "'Healthy Lifestyles' Update and Preview" for more details.

**We plan to revisit STKL after Q4 earnings.** Of our "Healthy Lifestyles" stocks, we are most concerned about STKL in the very near term. We believe Q4 earnings could be light of estimates and that management will guide below consensus out of conservatism.

**Lowering our estimates and price target.** We are lowering our Q4 and FY'08 estimates to bring them in-line with our concerns addressed above.

Priced as of prior trading day's market close, EST (unless otherwise noted).

For Required Disclosures, please see Page 4.

## Valuation

Our revised $13 price target is based on a sum-of-the-parts analysis. We derive an $9 target for the Food Group by applying comparable company multiples to our 2008 estimate. Our $1.00 target value for the Minerals Group reflects our assumptions that the company achieves its financial targets for that business and executes a sale for 7x EBITDA. Finally, our value for the BioProcess Group is based on the $30 million of equity financing the company received earlier this year, which values the SunOpta's ownership at approximately $200 million or $3/share.

## Price Target Impediment

Slower industry growth, continued earnings volatility and the speculative nature of the company's ethanol opportunity present risks that could impede achievement of our price target objective.

## Company Description

Based in Canada, SunOpta is a leading supplier of natural, organic and specialty food products. The company also operates a non-core minerals business and owns a proprietary biomass technology that can be used in the pre-treatment process for cellulosic ethanol production.

RBC
Capital
Markets

**SunOpta, Inc.**
**Earnings by Line of Business**
**(in thousands, except for per-share data)**

| | 2002 | 2003 | 2004 | 2005 | Mar-06 | Jun-06 | Sep-06 | Dec-06 | 2006 | Mar-07A | Jun-07A | Sep-07A | Dec-07E | 2007E | Mar-08E | Jun-08E | Sep-08E | Dec-08E | 2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales:** | | | | | | | | | | | | | | | | | | | |
| SunOpta Grains & Foods | | 94,946 | 120,685 | 148,084 | 39,154 | 49,862 | 45,740 | 50,890 | 185,646 | 52,591 | 64,618 | 64,814 | 68,702 | 250,735 | 65,739 | 80,773 | 81,030 | 85,877 | 313,418 |
| SunOpta Ingredients | | 50,978 | 64,301 | 63,952 | 18,113 | 17,138 | 15,268 | 15,947 | 66,466 | 17,978 | 18,495 | 18,242 | 18,339 | 73,054 | 20,135 | 20,714 | 20,431 | 20,540 | 81,821 |
| SunOpta Fruit | | 2,772 | 9,790 | 74,629 | 31,096 | 39,491 | 36,733 | 35,497 | 142,818 | 41,434 | 54,908 | 48,580 | 41,405 | 186,327 | 48,892 | 64,791 | 57,324 | 48,854 | 219,866 |
| SunOpta Canadian Food Distribution | | 25,071 | 75,946 | 99,876 | 30,908 | 30,796 | 29,262 | 44,559 | 135,525 | 54,259 | 51,243 | 52,756 | 50,797 | 209,055 | 62,398 | 58,939 | 60,669 | 58,417 | 240,414 |
| SunOpta Food Group | 96,319 | 173,807 | 272,722 | 386,541 | 119,271 | 137,287 | 127,003 | 146,893 | 530,454 | 166,262 | 189,264 | 184,407 | 179,243 | 719,171 | 197,164 | 225,208 | 219,455 | 213,692 | 855,518 |
| Opta Minerals, Inc. | 24,422 | 24,831 | 32,242 | 34,659 | 13,045 | 18,260 | 16,887 | 16,069 | 64,261 | 16,463 | 18,394 | 20,485 | 16,551 | 71,893 | 16,957 | 18,946 | 21,100 | 17,048 | 74,050 |
| SunOpta BioProcess and Corporate | 157 | 461 | 1,287 | 4,902 | 996 | 198 | 1,573 | 545 | 3,312 | 715 | 319 | 779 | 818 | 2,631 | 1,873 | 479 | 1,169 | 1,226 | 3,946 |
| Net sales | $120,898 | $199,099 | $306,251 | $426,101 | $133,312 | $155,745 | $145,463 | $163,507 | $598,027 | $183,440 | $207,977 | $205,646 | $196,612 | $793,695 | $215,193 | $244,632 | $241,723 | $231,965 | $933,514 |
| Cost of sales | 101,431 | 163,421 | 247,812 | 354,603 | 109,684 | 128,399 | 122,771 | 135,438 | 496,292 | 148,599 | 167,859 | 167,805 | 160,238 | 644,501 | 175,383 | 199,375 | 197,004 | 189,052 | 760,814 |
| Gross profit | $19,467 | $35,678 | $58,439 | $71,498 | $23,628 | $27,346 | $22,692 | $28,069 | $101,735 | $34,841 | $40,118 | $37,841 | $36,373 | $149,193 | $39,811 | $45,257 | $44,719 | $42,914 | $172,700 |
| Warehousing and distribution expenses | | 2,365 | 6,016 | 12,821 | 3,429 | 3,834 | 3,853 | 4,998 | 16,114 | 4,938 | 4,969 | 5,198 | 4,915 | 20,020 | 5,995 | 6,360 | 6,285 | 6,959 | 25,199 |
| SG&A expenses | 14,281 | 23,065 | 37,225 | 43,038 | 13,960 | 15,337 | 15,135 | 14,840 | 59,272 | 21,026 | 22,962 | 22,947 | 21,627 | 88,562 | 21,950 | 24,957 | 24,654 | 23,660 | 95,218 |
| Intangible amortization | | | 1,112 | 1,338 | | | | 831 | 2,864 | 983 | 1,012 | 1,017 | 983 | 3,995 | 1,291 | 1,468 | 1,450 | 1,392 | 5,601 |
| Operating Expenses | 14,281 | 25,430 | 43,241 | 56,290 | 17,389 | 19,171 | 18,988 | 20,769 | 76,317 | 26,947 | 28,943 | 29,162 | 27,526 | 112,578 | 28,836 | 32,785 | 32,391 | 32,011 | 126,019 |
| **Segment Operating Income:** | | | | | | | | | | | | | | | | | | | |
| SunOpta Grains & Foods | | 6,534 | 4,346 | 8,005 | 1,793 | 2,273 | (614) | 2,402 | 5,852 | 2,708 | 4,695 | 4,204 | 4,466 | 16,073 | 3,418 | 5,977 | 5,105 | 5,153 | 19,653 |
| SunOpta Ingredients | | 3,508 | 6,585 | 3,784 | 1,786 | 1,774 | 382 | 1,431 | 5,293 | 1,019 | 1,972 | 1,735 | 1,816 | 6,542 | 2,014 | 2,279 | 1,839 | 2,054 | 8,185 |
| SunOpta Fruit | | 130 | 94 | 3,165 | 1,580 | 1,878 | 2,392 | (361) | 6,401 | 1,455 | 2,955 | 911 | 1,242 | 6,563 | 1,467 | 3,758 | 2,981 | 2,052 | 10,258 |
| SunOpta Canadian Food Distribution | | 878 | 1,600 | 1,291 | 1,830 | 1,231 | 467 | 1,913 | 5,461 | 2,753 | 1,789 | 1,630 | 1,524 | 7,696 | 3,619 | 3,133 | 1,577 | 2,687 | 11,887 |
| SunOpta Food Group | 4,489 | 11,050 | 14,625 | 16,245 | 6,829 | 8,168 | 2,625 | 5,385 | 23,007 | 7,935 | 11,411 | 8,480 | 9,047 | 36,873 | 10,518 | 15,137 | 11,502 | 11,946 | 49,162 |
| Opta Minerals, Inc. | 2,864 | 2,479 | 3,957 | 3,808 | 998 | 2,396 | 2,029 | 1,482 | 6,876 | 1,447 | 2,061 | 2,236 | 1,655 | 7,399 | 1,492 | 2,122 | 2,300 | 1,705 | 7,619 |
| SunOpta BioProcess and Corporate | (1,991) | [illegible] | (2,819) | (3,505) | (1,796) | (1,792) | (1,098) | (1,899) | (6,585) | (1,406) | (2,070) | (1,691) | (1,855) | (7,022) | (1,035) | (4,783) | (1,474) | (2,748) | (10,040) |
| Income from operations | $5,362 | $11,324 | $15,763 | $16,548 | $6,031 | $8,772 | $3,547 | $4,948 | $23,298 | $7,976 | $11,402 | $9,025 | $8,848 | $37,251 | $10,975 | $12,476 | $12,328 | $10,902 | $46,681 |
| EBITDA | 9,559 | 16,450 | 22,882 | 24,689 | 8,646 | 11,503 | 6,326 | 8,324 | 34,999 | 11,407 | 14,898 | 12,808 | 12,348 | 51,461 | 14,973 | 16,576 | 16,328 | 15,282 | 63,281 |
| EBITDA (including other income) | 9,777 | 17,035 | 22,070 | 28,260 | 8,561 | 11,309 | 6,511 | 7,471 | 33,852 | 11,218 | 14,681 | 13,042 | 12,348 | 51,289 | 14,973 | 16,576 | 16,328 | 15,282 | 63,281 |
| Interest income (expense) | (1,413) | (1,942) | (1,522) | (3,417) | (1,399) | (1,748) | (1,746) | (2,128) | (7,021) | (1,911) | (1,817) | (1,973) | (2,146) | (7,847) | (2,116) | (2,345) | (2,389) | (2,233) | (9,083) |
| Other income (expense) | 218 | 585 | (12) | 3,571 | (85) | (194) | (15) | (853) | (1,147) | (189) | (217) | 234 | - | (172) | | | - | - | - |
| Foreign Exchange | 176 | 1,076 | 565 | 1,341 | 200 | 597 | (157) | (418) | (186) | 22 | - | - | 50 | 815 | 20 | 20 | | | 400 |
| Total interest and other income (expense) | (1,413) | (1,357) | (1,534) | 154 | (1,484) | (1,942) | (1,761) | (2,981) | (8,168) | (2,100) | (2,034) | (1,739) | (2,146) | (8,019) | (2,116) | (2,345) | (2,389) | (2,233) | (9,083) |
| EBT | $3,949 | $9,967 | $14,229 | $16,702 | $4,547 | $6,830 | $1,786 | $1,967 | $15,130 | $5,876 | $9,368 | $7,286 | $6,701 | $29,231 | $13,091 | $14,832 | $14,717 | $13,135 | $55,763 |
| Income Taxes | 399 | 1,001 | 3,139 | 2,566 | 1,403 | 2,087 | (66) | (295) | 3,129 | 1,823 | 2,296 | 1,751 | 1,742 | 7,612 | 3,600 | 4,076 | 4,047 | 3,612 | 15,335 |
| Net Income | $3,550 | $8,966 | $11,090 | $14,136 | $3,144 | $4,743 | $1,852 | $2,262 | $12,001 | $4,053 | $7,072 | $5,535 | $4,959 | $21,619 | $9,491 | $10,746 | $10,670 | $9,523 | $40,429 |
| Minority interest | | | 74 | 578 | 132 | 400 | 328 | 182 | 1,042 | 203 | 322 | 439 | 439 | 1,403 | 439 | 439 | 439 | 439 | 1,756 |
| Income available to common shareholders | $3,550 | $8,966 | $11,016 | $13,558 | $3,012 | $4,343 | $1,524 | $2,080 | $10,959 | $3,850 | $6,750 | $5,096 | $4,520 | $20,216 | $9,052 | $10,307 | $10,231 | $9,084 | $38,673 |
| **Total EPS (1)** | $0.06 | $0.18 | $0.20 | $0.24 | $0.06 | $0.08 | $0.03 | $0.04 | $0.19 | $0.06 | $0.11 | $0.08 | $0.07 | $0.32 | $0.10 | $0.11 | $0.11 | $0.09 | $0.40 |
| Shares outstanding | 41,812 | 47,644 | 55,373 | 56,819 | 57,243 | 57,829 | 57,800 | 57,768 | 57,660 | 61,195 | 63,881 | 64,304 | 64,626 | 63,501 | 63,819 | 64,138 | 64,459 | 64,781 | 64,299 |
| **% Growth** | | | | | | | | | | | | | | | | | | | |
| SunOpta Grains & Foods | | | 27.1% | 22.7% | 25.6% | 28.0% | 20.0% | 27.7% | 25.4% | 34.3% | 29.6% | 41.7% | 35.0% | 35.1% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| SunOpta Ingredients | | | 30.1% | -3.5% | 19.5% | 2.9% | -3.6% | -2.2% | 3.9% | -0.7% | 7.9% | 19.5% | 15.0% | 9.9% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% |
| SunOpta Fruit | | | 253.2% | 662.3% | 386.6% | 286.0% | 30.2% | 14.1% | 11.4% | 33.2% | 39.0% | 32.3% | 16.6% | 30.5% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| SunOpta Canadian Food Distribution | | | 202.9% | 31.5% | 21.3% | 15.2% | 31.1% | 75.8% | 35.7% | 75.6% | 66.4% | 80.3% | 10.0% | 54.3% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| SunOpta Food Group | | 80.4% | 56.9% | 41.7% | 32.5% | 48.3% | 21.6% | 32.0% | 37.2% | 39.4% | 37.9% | 45.2% | 22.0% | 35.6% | 18.6% | 19.0% | 19.0% | 19.2% | 19.0% |
| Opta Minerals, Inc. | | 1.7% | 29.8% | 7.5% | 68.6% | 85.6% | 98.2% | 87.7% | 85.4% | 26.2% | 0.7% | 21.3% | 3.0% | 11.9% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| SunOpta BioProcess and Corporate | | 193.6% | 179.2% | 280.8% | 255.7% | -57.3% | -19.2% | -75.4% | -32.4% | -28.2% | 61.1% | -50.5% | 50.0% | -20.6% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% |
| Net sales | 30.9% | 64.7% | 53.8% | 39.1% | 34.6% | 31.4% | 26.5% | 33.9% | 40.3% | 37.6% | 33.5% | 41.4% | 20.2% | 32.7% | 17.3% | 17.6% | 17.5% | 18.0% | 17.6% |
| *Internal Sales* | 20.4% | 18.7% | 14.5% | 13.5% | 18.1% | 19.2% | 15.8% | 12.0% | 16.1% | 18.9% | 17.8% | 21.5% | 19.9% | 19.6% | 17.3% | 17.6% | 17.5% | 18.0% | 17.6% |
| EPS | | 108.4% | 13.1% | 20.1% | -54.1% | 29.9% | -29.7% | 28.8% | -20.0% | 19.9% | 38.4% | 209.2% | 101.0% | 68.3% | 49.4% | 2.5% | 32.1% | 28.5% | 25.0% |
| **% of sales** | | | | | | | | | | | | | | | | | | | |
| SunOpta Food Group | 79.7% | 87.3% | 89.1% | 90.7% | 89.5% | 88.1% | 87.3% | 89.8% | 88.7% | 90.6% | 91.0% | 89.7% | 91.2% | 90.6% | 91.6% | 92.1% | 90.8% | 92.1% | 91.6% |
| Opta Minerals, Inc. | 20.2% | 12.5% | 10.5% | 8.1% | 9.8% | 11.7% | 11.6% | 9.8% | 10.7% | 9.0% | 8.8% | 10.0% | 8.4% | 9.1% | 7.9% | 7.7% | 8.7% | 7.3% | 7.9% |
| SunOpta BioProcess and Corporate | 0.1% | 0.2% | 0.4% | 1.2% | 0.7% | 0.1% | 1.1% | 0.3% | 0.6% | 0.4% | 0.2% | 0.4% | 0.4% | 0.3% | 0.8% | 0.2% | 0.5% | 0.5% | 0.4% |
| Cost of sales | 83.9% | 82.1% | 80.9% | 83.2% | 82.3% | 82.4% | 84.4% | 82.8% | 83.0% | 81.0% | 80.7% | 81.6% | 81.5% | 81.2% | 81.5% | 81.5% | 81.5% | 81.5% | 81.5% |
| **Gross margin:** | | | | | | | | | | | | | | | | | | | |
| Total Gross Margin | 16.1% | 17.9% | 19.1% | 16.8% | 17.7% | 17.6% | 15.6% | 17.2% | 17.0% | 19.0% | 19.3% | 18.4% | 18.5% | 18.8% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% |
| **SG&A:** | | | | | | | | | | | | | | | | | | | |
| Warehousing and distribution expenses | 0.0% | 1.2% | 2.0% | 3.0% | 2.6% | 2.5% | 2.6% | 3.1% | 2.7% | 2.7% | 2.4% | 2.5% | 2.5% | 2.5% | 2.8% | 2.6% | 2.6% | 3.0% | 2.7% |
| SG&A expenses | 11.8% | 11.6% | 12.2% | 10.1% | 10.5% | 9.8% | 10.4% | 9.1% | 9.9% | 11.5% | 11.0% | 11.2% | 11.0% | 11.2% | 10.2% | 10.2% | 10.2% | 10.2% | 10.2% |
| Intangible amortization | | | | | | | | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Operating Expenses | 11.8% | 12.8% | 14.1% | 13.2% | 13.0% | 12.3% | 13.1% | 12.7% | 12.8% | 14.7% | 13.9% | 14.2% | 14.0% | 14.2% | 13.4% | 13.4% | 13.4% | 13.8% | 13.5% |
| **Operating margin:** | | | | | | | | | | | | | | | | | | | |
| SunOpta Grains & Foods | | 6.9% | 3.6% | 5.4% | 4.6% | 4.6% | -1.3% | 4.7% | 3.2% | 5.1% | 7.3% | 6.5% | 6.5% | 6.4% | 5.2% | 7.4% | 6.3% | 6.0% | 6.3% |
| SunOpta Ingredients | | 6.9% | 9.9% | 5.9% | 9.4% | 10.4% | 2.5% | 9.0% | 8.0% | 5.7% | 10.7% | 9.5% | 9.9% | 9.0% | 10.0% | 11.0% | 9.0% | 10.0% | 10.0% |
| SunOpta Fruit | | 4.7% | 1.0% | 4.2% | 4.8% | 7.3% | 6.5% | -1.0% | 4.5% | 3.5% | 5.4% | 1.9% | 3.0% | 3.5% | 3.0% | 5.8% | 5.2% | 4.2% | 4.7% |
| SunOpta Canadian Food Distribution | | 3.5% | 4.7% | 1.3% | 5.9% | 4.1% | 1.6% | 4.3% | 4.0% | 5.1% | 3.5% | 3.1% | 3.0% | 3.7% | 5.8% | 5.3% | 2.6% | 4.6% | 4.6% |
| SunOpta Food Group | 4.7% | 6.4% | 5.4% | 4.2% | 5.7% | 5.9% | 2.1% | 3.7% | 4.3% | 4.8% | 6.0% | 4.6% | 5.0% | 5.1% | 5.3% | 6.7% | 5.2% | 5.6% | 5.7% |
| Opta Minerals, Inc. | 11.7% | 10.0% | 12.3% | 11.0% | 7.7% | 13.1% | 12.0% | 9.1% | 10.7% | 8.8% | 11.2% | 10.9% | 10.0% | 10.3% | 8.8% | 11.2% | 10.9% | 10.0% | 10.3% |
| SunOpta BioProcess and Corporate | -1.6% | 1.7% | -0.9% | -0.8% | -1.3% | -1.2% | -0.8% | -1.2% | -1.1% | -0.8% | 1.0% | -0.8% | -0.9% | -0.9% | -0.5% | -2.0% | -0.6% | -1.2% | -1.1% |
| Operating Margin | 4.4% | 5.7% | 5.1% | 3.9% | 4.5% | 5.6% | 2.4% | 3.0% | 3.9% | 4.3% | 5.5% | 4.4% | 4.5% | 4.7% | 5.1% | 5.1% | 5.1% | 4.7% | 5.0% |
| EBITDA Margin | 7.9% | 8.3% | 7.5% | 5.8% | 6.5% | 7.4% | 4.5% | 5.1% | 5.9% | 6.2% | 7.2% | 6.2% | 6.3% | 6.5% | 7.0% | 6.8% | 6.8% | 6.6% | 6.8% |
| Net Margin | 2.9% | 4.5% | 3.6% | 3.2% | 2.3% | 2.8% | 1.0% | 1.3% | 1.8% | 2.1% | 3.2% | 2.5% | 2.3% | 2.5% | 4.2% | 4.2% | 4.2% | 3.9% | 4.1% |
| Tax rate | 10.1% | 10.0% | 22.1% | 15.4% | 30.9% | 30.6% | -3.7% | -15.2% | 20.7% | 31.0% | 24.5% | 24.0% | 26.0% | 26.0% | 27.5% | 27.5% | 27.5% | 27.5% | 27.5% |

*(1) 3Q06 - EPS includes a $2.1M write-off in sunflower inventory*
*(2) Q406 - EPS includes $779K and $823 in one time expenses due to fruit recall*

Source: Company reports and RBC CM estimates

## Required Disclosures

### Explanation of RBC Capital Markets Rating System

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector.

**Ratings**

**Top Pick (TP):** Represents best in Outperform category; analyst's best ideas; expected to significantly outperform the sector over 12 months; provides best risk-reward ratio; approximately 10% of analyst's recommendations.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Risk Qualifiers (any of the following criteria may be present):**

**Average Risk (Avg):** Volatility and risk expected to be comparable to sector; average revenue and earnings predictability; no significant cash flow/financing concerns over coming 12-24 months; fairly liquid.

**Above Average Risk (AA):** Volatility and risk expected to be above sector; below average revenue and earnings predictability; may not be suitable for a significant class of individual equity investors; may have negative cash flow; low market cap or float.

**Speculative (Spec):** Risk consistent with venture capital; low public float; potential balance sheet concerns; risk of being delisted.

### Distribution of Ratings, Firmwide

For purposes of disclosing ratings distributions, regulatory rules require member firms to assign all rated stocks to one of three rating categories--Buy, Hold/Neutral, or Sell--regardless of a firm's own rating categories. Although RBC Capital Markets' stock ratings of Top Pick/Outperform, Sector Perform and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).

Distribution of Ratings/IB Services
RBC Capital Markets

| Rating | Count | Percent | Investment Banking Serv./Past 12 Mos. Count | Investment Banking Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| BUY[TP/O] | 482 | 43.86 | 203 | 42.12 |
| HOLD[SP] | 535 | 48.68 | 160 | 29.91 |
| SELL[U] | 82 | 7.46 | 13 | 15.85 |

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by a member company of RBC Capital Markets or one of its affiliates. RBC Dain Rauscher Inc. Recommended Lists include a former list called the Western Region Focus List (1), a former list called Model Utility Portfolio (2), and the Prime

Opportunity List (3) (formerly called the Private Client Selects), Private Client Prime Portfolio (4), a former list called Private Client Portfolio (5), the Prime Income List (6), the Guided Portfolio: Large Cap (7), and the Guided Portfolio: Dividend Growth (8). The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Analyst Certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Dissemination of Research

RBC Capital Markets endeavours to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary websites to ensure eligible clients receive coverage initiations and changes in rating, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets research.

RBC Capital Markets also provides eligible clients with access to a database which may contain Short-Term trading calls on certain of the subject companies for which it currently provides equity research coverage. The database may be accessed via the following hyperlink https://www2.rbccm.com/cmonline/index.html. The information regarding Short-Term trading calls accessible through the database does not constitute a research report. These Short-Term trading calls are not formal ratings and reflect the research analyst's views with respect to market and trading events in the coming days or weeks and, as such, may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company. Thus, it is possible that a subject company's common equity that is considered a long-term 'sector perform' or even an 'underperform' might be a Short-Term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'outperform' could be considered susceptible to a Short-Term downward price correction.

## Conflicts Disclosures

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
http://www.rbccm.com/cm/file/0,,63022,00.pdf
or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Important Disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

RBC Capital Markets Corp. makes a market in the securities of SunOpta Inc. and may act as principal with regard to sales or purchases of this security.

## Additional Disclosures

RBC Capital Markets is the business name used by certain subsidiaries of Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets Corporation, Royal Bank of Canada Europe Limited and Royal Bank of Canada - Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

**Additional information is available on request.**

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets Corporation, which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets Corporation.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc. Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by Royal Bank of Canada Europe Limited ('RBCEL') which is authorized and regulated by Financial Services Authority ('FSA'), in connection with its distribution in the United Kingdom. This material is not for distribution in the United Kingdom to private customers, as defined under the rules of the FSA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by RBC Investment Services (Asia) Limited, a licensed corporation under the Securities and Futures Ordinance. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Hong Kong persons wishing to obtain further information on any of the securities mentioned in this publication should contact RBC Investment Services (Asia) Limited at 17/Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong (telephone number is 2848-1388).

**®Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets Corporation 2008 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2008 - Member CIPF**
**Copyright © Royal Bank of Canada Europe Limited 2008**
**Copyright © Royal Bank of Canada 2008**
**All rights reserved**

