UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 FEB 2009
```

NO. 08 CV 00933 (PAC)

**IN RE SUNOPTA SECURITIES LITIGATION**

ECF CASE

~~STIPULATED~~ ORDER

UPON the Notice of Substitution of Counsel on Consent for Defendants Steven Bromley and John H. Dietrich, executed by prior counsel Jayant W. Tambe of Jones Day and William J. Sushon of O'Melveny & Myers LLP; upon the supporting Declaration of William J. Sushon; and upon Consent to Substitution of Counsel executed by William J. Sushon of O'Melveny & Myers LLP and Steven Bromley and John H. Dietrich of SunOpta Inc.;

IT IS ORDERED that O'Melveny & Myers LLP be substituted for Jones Day as attorneys of record for Defendants Steven Bromley and John H. Dietrich.

IT IS FURTHER ORDERED that the appearance of O'Melveny & Myers LLP as counsel in this case shall be entered on the Court's docket. A notation of William J. Sushon of O'Melveny & Myers LLP, located at 7 Times Square, New York, NY 10036, will be made on the roll of attorneys for the above-captioned case.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record in this case.

Dated: February 13, 2009
New York, New York

_____
Paul A. Crotty
United States District Judge